[No. 53758-0-I.   Division One.   February 14, 2005.]

*In the Matter of the Personal Restraint of* GREGORIO LOPEZ, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Kennedy, J., concurred in by Agid and Schindler, JJ. Now published at 126 Wn. App. 891.

[No. 53807-1-I.   Division One.   February 14, 2005.]

THE CITY OF SEATTLE, ET AL., *Respondents*, v. $65,833.44 UNITED STATES CURRENCY, *Defendant in Rem.*, ISLANDO MARROQUIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-05051-2, Michael S. Spearman, J., entered January 21, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 53920-5-I.   Division One.   February 14, 2005.]

JOSEF VENTENBERGS, ET AL., *Appellants*, v. THE CITY OF SEATTLE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-25260-3, Douglas D. McBroom, J., entered February 23, 2004. *Affirmed* by unpublished opinion per Baker, J., concurred in by Cox, C.J., and Appelwick, J.

[No. 53927-2-I.   Division One.   February 14, 2005.]

NAFICY INVESTMENTS, INC., *Respondent*, v. DANIEL WILLIAMS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-18165-1, Mary Roberts, J., entered February 13, 2004. *Affirmed* by unpublished per curiam opinion.